**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs** | ) | **Case No.  3:06CR0086(01) TMR** |
| | ) | |
| **HECTOR HERNANDEZ** | ) | |

---

### ORDER TERMINATING SUPERVISED RELEASE

---

The above named began supervised release on  August 14, 2009  for a period of  three (3) years.

Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby

ordered that the defendant is discharged from supervised release, and that the proceedings in the case

be terminated.


Dated this  11  day of  Sept , 20 12

United States District Court Judge